Name: Joseph De Leon

Address: 4640 Elizabeth Street

Cudahy, California 90201

Phone: 562-443-1777

Fax:

In Pro Per

FILED
2010 OCT -4 PM 1:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Joseph De Leon

Plaintiff

v.

Jose Acero (individual), Alan Jacobs (individual), Los Angeles County Sheriffs Department

Defendant(s).

CASE NUMBER:
CV10 6402
CV10 7397 PA (AJW)

To be supplied by the Clerk of
The United States District Court

Civil Rights Complaint Pursuant to 42 U.S.C. section 1983 (non-prisoner) Jury Trial Demanded [x] yes [ ] no

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. section 1331 and 28 U.S.C. section 1343 and supplemental jurisdiction under 28 U.S.C. section 1367(a) Federal question jurisdiction under 28 U.S.C. section 1983

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. section 1391 because all events described herein occurred in Los Angeles, California

pg1

CV-126 (09/09)     PLEADING PAGE FOR A COMPLAINT



Clerk, US District Court
COURT 4612

OCT 4 2010

PAID

## III. PARTIES

3.   Plantiff Joseph De Leon resides at: 4640 Elizabeth St. Cudahy, Ca 90201.

4.   Defendant Jose Acero works at: Transit Services Bureau Los Angeles County Sheriffs Department. 4700 Romana Blvd. Monterey Park, Ca 91754.

Defendant's title or position is Deputy Sheriff

This defendant is sued in his/her (check one or both:)
    (x) individual capacity        ( ) official capacity

This defendant was acting under color of law because: at all times described defendant was acting under authority and official capacity as a duly sworn officer.

5.   Defendant's Alan Jacobs works at: Transit Services Bureau Loa Angeles County Sheriffs Department. 4700 Romana Blvd. Monterey Park, Ca 91754

Defendant's title or position is Deputy sheriff

This defendant is sued in his/her (check one or both:)
    (x) individual capacity        ( ) official capacity

This defendant was acting under color of law because: at all times described defendant was acting under authority and official and capacity as a duly sworn officer.

6.   Defendant County of Los Angeles Sheriffs Department. defendant's title or position is: Govermental Entity; liability Respondant Superior Doctrine.

Pg. 2

## IV. STATEMENT OF FACTS

7. I Joseph De Leon was a pedestrian on the metro transit authority's gold line rail system platform on January 30, 2010.
8. I was detained by sheriff deputies Jose Acero and Alen Jacob's.
9. I was asked to provide a valid form of identification to which I complied.
10. I was informed that I violated P.C. 640 (b) 01
11. The deputies Jose Acero and Allen Jacobs issued me a lawful citation which is not disputed.
12. I departed from the presence of sheriff deputies only to be approached again.
13. I was asked what is was doing and where I was going.
14. I was asked if I was on probation or parol.
15. I was asked if I was ever in jail or prision.
16. I stated that they were harassing me and I attempted to assert my constitutional rights via the fourth and fourteenth ademendants.
17. I attempted to leave.
18. In a hostile and aggresive manner I was told to turn around and placed me under arrest. the false arrest began at that time.
19. I informed the deputies that the legal names as described on the arrest warrent and my valid identification were not the same.
20. I gave notice to them regarding the individuals licanse would be suspended for drunk driving V.C. 23152 (B) wheres I have in my possession a valid license from the D.M.V.
21. I forthermore addressed the lack of any substential evidence life physical characteristics such as scars, tattoos, height, and or weight that a reasonable person would conclude.
22. I Joseph De Leon have a pre- existing condition known as hyper-thyroid which this false arrest complicated.
23. I have suffered intentional emotional distress as a result of my false arrest case # 2SF00985
24. I informed Jose Acero and Alen Jacob that they were violating my rights.

PG 3

25. Deputy Jose Acero stated and I quote " If its not you when you go to court it will just take a day out of your life and you will get a blue slip from the court from the court its no big deal."

26. At my arraignment deputy district attorney Mr. Atteukenian informed the court that I was not the individual whom the arrest was issued for and I quote " I do not know why Mr. Deleon was arrested he clearly is the wrong person." "and he stated" "I dont know how he got picked up."

27. The honorable Sharon L Miller of the North Valley Superior Court stated on the record " I don't know that a wrong person certificate is going to help him (plantiff) any. It's not his name."

28. The planitffs complaint was filed in accordance with statutory requirements on August 26, 2010.

29. At the time of filing, court pro se clerk explained that a review of the fee-waver application would take between 1-3 weeks and I would recieve a response by mail.

30. I have not received any such notice I inquire in person as to the status of fee-waver.

31. On September 28, 2010, not having received any notice I require in person as to the status of fee-waver.

32. after explaining the issue, the pro se clerk of his own free will and professional courtesy printed me a copy of a denial of fee-waver dated 09-07-2010 and filed 09-08-2010.

33. Procedural requirements of this court means that the Chief Judge must sign off on a magistrate's decision.

34. the sitting Chief judge being unaviable, my fee-waver was received by the acting chief judge.

35. the plantiff respectfully, asserts and fully understands, that on occasion administrative omissions and or mistakes do take place in the cours of human events.

36. The extreme seriousness and nature of the plantiffs complant require federal review, thery ensuring our rule of law.

PG 4

CV-126 (09/09)      PLEADING PAGE FOR A COMPLAINT

37. Given the facts specific to the case at hand planitff seeks reinstatement and resumption of the civil complant without further impediments.

38. The plantiff, a U.S. citizen begining with false arrest and through the formal filing procedures has been confrunted by forces and events greater, than myself and far beyond my personal control.

39. The plantiff prays for the contination of the complaint under 42. U.S.C. section 1983, fourth with.

40. The planitff doesn't seek class action status; but prays for the court to be aware and consider, the greater concerns of the claims and merits, that affect not only me, but all constitutional rights enjoyed by americans everywhere.

41. Please see attachments 1 and 2, Thank you for your consideration.

## V. CLAIMS

### Claim #1

42. Plaintiff realledges and incorporates by reference all of the paragraphs above.

43. The Fourth and Fourteenth amendments expressly prohibit false arrest/ unlawful seizure.

44. Jose Acero and Alan Jacobs are being sued in individual capacity and Los Angeles County Sheriffs Department.

45. Jose Acero falsely arrested under a warrant he knew not to be me.

46. Jose Acero disregarded factors that indicated my innocence.

47. Alan Jacobs falsely arrested me under a warrant he know not to be me.

48. Alan Jacobs disregarded factors that indicated my innocence.

49. Both deputies acted reckless, failed to use reasonable independent judgement resulting to misfeasance.

50. Los Angeles County has a history of harrassment and false arrests.

51. Los Angeles County failed to properly train its deputies.

PG 5

52. Los Angeles County has pattern of covering up complaints service report #218394.
53. As a result of all the defendants violations of the above civil right, plaintiff was harmed in the following way.
54. Plaintiff suffered damage for false arrest.
55. Damages for false arrest are compensatory.
56. Damages refers to the injury in of itself.
57. Public entities are liable for actions of its employees.

## CLAIM # 2
### Intentional Inflection of Emotional Distress

58. Plaintiff realleges and incorporates by reference all the paragraphs above.
59. Plaintiff has suffered emotional distress directly related to the false arrest.
60. Plaintiff alleges the above claim against the following defendants.
61. Jose Acero, Alan Jacobs and Los Angeles County Sheriffs Department.
62. Los Angeles County Failed to properly train its deputies.
63. As a result of defendants unlawful acts and conduct descibed in this complaint, plaintiff was harmed in the following way.
64. Complication of a pre-existing medical condition "hyper-thyroidism", as a direct result of intentional inflection of emotional distress from false arrest.

## VI. REQUEST FOR RELIEF

65. WHEREFORE, The Plaintiff requests.
66. Compensatory damages in the sum of 75,001 dollars.
67. Punitive damages in the sum of 75,001 dollars.
68. And any further relief that the court may deem proper.

Dated
sign
Print name

PG 6

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10/4/10

Sign: *Joseph DeLeon*

Print Name: Joseph DeLeon

PG 7

**LODGED**

2010 AUG 26 PM 3:01

CLERK, U.S. DIST. OF CALIF.
CENTRAL DIST. LOS ANGELES

BY: _____

**FILED**

2010 SEP -8 PM 2:47

CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

**CV10- 6402 UA (AJW)**

JOSEPH DE LEON

PLAINTIFF(S)

V.

JOSE ACERO, ET AL;

DEFENDANT(S)

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE**

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____         _____
Date                          United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

✓ Inadequate showing of indigency          ☐ District Court lacks jurisdiction

___ Legally and/or factually patently frivolous    ☐ Immunity as to _____

___ Other: _____

Comments: See Mizukami v. Edwards, 2010 WL 184316, *3 (D. Hawaii 2010) (income exceeding federal poverty guideline does not meet indigency requirement under 28 U.S.C. §1915).

8/30/2010                     /s/ Andrew J. Wistrich
Date                          United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ **GRANTED**          ✗ **DENIED** (See comments above).

9-7-10                        /s/ Pregerson
Date                          United States District Judge
                              Acting Chief Judge

CV-73A (01/10)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE



SAN DIEGO ADJUDICATION CENTER
PO BOX 120631
SAN DIEGO, CA  92112-0631

EDD TELEPHONE NUMBERS:
ENGLISH:          1-800-300-5616
SPANISH:          1-800-326-8937
CANTONESE:        1-800-547-3506
MANDARIN          1-866-303-0706
VIETNAMESE:       1-800-547-2058
TTY: (NON VOICE)  1-800-815-9387
EDD INTERNET SITE: www.edd.ca.gov

**JOSEPH DE LEON**
**4640 ELIZABETH ST**
**CUDAHY CA 90201-5102**

Mail Date:        **09/24/2010**
Fecha de Envío:

SSN:              **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**
Nº de SS:

## NOTICE OF DETERMINATION FOR EMERGENCY UNEMPLOYMENT COMPENSATION

Your claim for the Emergency Unemployment Compensation extension IS allowed on your regular claim dated 05/03/2009. Benefits are payable only if you qualify each week and you are able and available to accept work. (Supplemental Appropriations Act, 2008, Pub.L. No. 110-252 (June 30, 2008) as amended by Pub.L. No. 110-449 (November 21, 2008), Pub.L. No. 111-5 (February 17, 2009), Pub.L. No. 111-92 (November 6, 2009), Pub.L. No. 111-118 (December 19, 2009), Pub.L. No. 111-144 (March 2, 2010), Pub.L. No. 111-157 (April 15, 2010), and House of Representatives Bill (H.R.) 4213, 111th Congress (July 22, 2010). If you have a prior disqualification, benefits will be paid once the disqualification is removed.

Under the Emergency Unemployment Compensation (EUC) program, the last date a first federal extension can begin is November 21, 2010, and the last date a second, third, fourth EUC extension can begin is November 28, 2010. In the cases where a Federal-State Extended Duration (FED-ED) extension was effective before the third EUC extension, the last date a third EUC extension can begin is April 24, 2011. Once filed, benefits are potentially payable until a valid new regular claim can be filed, or until those benefits are exhausted, or until April 30, 2011, whichever of these occurs first. (Note: There are special claims that have a week-ending date other than Saturday. In those cases, benefits may be payable for the week ending May 6, 2011.)

## AVISO DE DETERMINACIÓN PARA COMPENSACIÓN DE DESEMPLEO DE EMERGENCIA

**Su solicitud de beneficios para Compensación de Desempleo de Emergencia ES aprobada en su solicitud de beneficios regular fechada 05/03/2009.** Los beneficios son pagables solamente si Ud. cumple con todos los requisitos cada semana y está en condiciones físicas y disponible a aceptar empleo. (El Acto de Apropiación Supplemental de 2008, Ley Pública No. 110-252 (30 de junio de 2008) modificada por la Ley Pública No. 110-449 (21 de noviembre de 2008), Ley Pública No. 111-5 (17 de febrero de 2009), Ley Pública No. 111-92 (6 de noviembre de 2009), Ley Pública No.111-118 (19 de diciembre de 2009), Ley Pública No.111-114 (2 de marzo de 2010), Ley Pública No. 111-157 (15 de abril 2010), y Proyecto de Ley de Cámara de Representantes (H.R.) 4213, Congreso 111 (22 de julio 2010). Si Ud. tiene una descalificación previa, los beneficios serán pagados una vez que la descalificación de beneficios sea retirada.

Conforme al programa de Compensación de Desempleo de Emergencia (EUC), la última fecha en que puede comenzar una primera extensión es el 21 de noviembre de 2010, y la última fecha en que puede comenzar una segunda, tercera, o cuarta extensión EUC es el 28 de noviembre de 2010. En esos casos en donde la extensión de Duración Extendida Federal-Estatal entró en vigencia antes de la tercera extensión EUC, el último día que una tercera extensión EUC puede comenzar es el 24 de abril de 2011. Una vez presentada, los beneficios son potencialmente pagables hasta que pueda presentar una nueva solicitud de beneficios regular válida, o hasta que se hayan agotado los beneficios, o hasta el 30 de abril de 2011, lo que ocurra primero de estas situaciones. (Nota: Existen solicitudes de beneficios especiales que tienen una fecha de fin de semana que no sea el sábado. En estos casos, los beneficios podrían ser pagables por las semanas que terminan el 6 de mayo de 2011.)

| | | |
|---|---|---|
| **A.** | Effective date of claim: (Pub.L. No. 110-252, §4001[b])<br>Fecha de Vigencia de la solicitud de beneficios: (Ley Pública No. 110-252, §4001[b]) | **09/12/2010** |
| **B.** | Weekly benefit amount (WBA): (Pub.L. No. 110-252, §4001[d][1], 4002[b][2])<br>Cantidad Semanal de Beneficios (WBA): (Ley Pública No. 110-252, §4001[d][1], 4002[b][2]) | **$440** |
| **C.** | Maximum extended benefit amount: (Pub.L. No. 110-252, § 4001[d][3], 4002[b][1], 4002[c][1], 4002[d][1], 4002[e][1] as amended by Pub.L. No. 110-449, and Pub.L. No. 111-92)<br>Cantidad Máxima de Pago de Beneficios de Extensión: (Ley Pública No. 110-252, §4001[d][3], 4002[b][1] modificada por la Ley Pública No. 110-449) | **$8800** |

### PLEASE SEE REVERSE SIDE FOR NOTICE AND APPEAL RIGHTS
### FAVOR DE LEER AVISO EN EL DORSO Y SU DERECHO DE APELACIÓN

## NOTICE

Under 18 U.S.C. §1001, knowingly and willfully concealing a material fact by any trick, scheme, or device or knowingly making a false statement in connection with this claim is a Federal Offense, punishable by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

## AVISO

Conforme el 18 U.S.C. §1001, el ocultar a sabiendas e intencionalmente, cualquier hecho material por medio de truco, sistema o plan o el efectuar a sabiendas declaraciones falsas en conexión con esta solicitud, es una ofensa Federal que se castiga con una multa de hasta $10,000.00 ó encarcelamiento de hasta cinco años ó las dos.

## APPEAL RIGHTS

This decision is final unless appealed to an Administrative Law Judge of the California Unemployment Insurance Appeals Board within twenty days from the date this notice was mailed to you. Appeals should be sent to the field office listed on this notice. Appeal forms are available on our Web site at http://www.edd.ca.gov/de1000m.pdf. In your appeal you must state the reasons why you do not agree with this decision.

While an appeal is pending you must continue to submit a weekly claim for each week that you contend you are eligible. If the final decision by the California Unemployment Insurance Appeals Board finds you eligible, you can be paid only for those weeks you filed a weekly claim and met all other eligibility requirements.

## DERECHO DE APELACIÓN

Esta decisión es final a menos que Ud. presente una apelación a un Juez Administrativo de la Junta de Apelaciones del Seguro de Desempleo de California en un plazo de veinte días después de la fecha en que se le envió esta notificación. Su apelación deberá ser enviada a la Oficina Local indicada en esta notificación. Formularios de apelación están disponibles en nuestro sitio de Internet en: http://www.edd.ca.gov/de1000m.pdf. En su apelación, Ud. deberá de indicar la razón por la que no está de acuerdo con la decisión.

Durante el curso de la apelación, Ud. tiene que continuar presentando solicitudes para beneficios continuos por cada semana por la cual Ud. cree tener derecho a beneficios. Si la decisión final de la Junta de Apelaciones del Seguro de Desempleo le es favorable, se le pagará solamente por las semanas en que Ud. solicitó beneficios y cumplió todos los otros requisitos necesarios.

**CONTINUED CLAIM**

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   05-03-09
J DE LEON

ANSWER ALL QUESTIONS. SEE SECTION A. ON BACK FOR EXAMPLES OF HOW TO COMPLETE YOUR ANSWERS. Each question is explained in your booklet, A Guide to Benefits and Employment Services.

**COMPLETE AND MAIL THIS FORM ON**   10-10-10

|   | 1ST WEEK Begins 09-26-10 Ends 10-02-10 | | 2ND WEEK Begins 10-03-10 Ends 10-09-10 | |
|---|---|---|---|---|
|   | YES | NO | YES | NO |
| 1. Were you too sick or injured to work? | ☐ | ☐ | ☐ | ☐ |
| If yes, enter the number of days (1 through 7) you were unable to work. | (1-7) | | (1-7) | |
| 2. Was there any reason (other than sickness or injury) that you could not have accepted full time work each workday? | ☐ | ☐ | ☐ | ☐ |
| 3. Did you look for work? | ☐ | ☐ | ☐ | ☐ |
| ☐ ← IF MARKED 'X', YOU MUST COMPLETE SEC. B., WORK-SEARCH RECORD, ON REVERSE. | | | | |
| 4. Did you refuse any work? | ☐ | ☐ | ☐ | ☐ |
| 5. Did you begin attending any kind of school or training? | ☐ | ☐ | ☐ | ☐ |
| 6. Did you work or earn any money, WHETHER YOU WERE PAID OR NOT? (If yes, you MUST COMPLETE items a. and b. below) | ☐ | ☐ | ☐ | ☐ |
| a. Enter earnings before deductions here | $ | | $ | |

b. Report employment or 'source' of earnings information below:

| | DATE LAST WORKED | TOTAL HOURS WORKED | EMPLOYER NAME AND MAILING ADDRESS - INCLUDE ZIP CODE | REASON NO LONGER WORKING (OR WRITE "STILL WORKING") |
|---|---|---|---|---|
| 1ST WEEK | | | | |
| 2ND WEEK | | | | |

7. If you want federal income tax withheld for the week(s) shown above, mark this block .......... ☐

8. If you had a change of mailing address or phone number, mark this block and complete Sec. D on reverse .......... ☐

NORCAL AUTHORIZATION CENTER
PO BOX 989057
WEST SACRAMENTO CA   95798-9057

I understand the questions on this form. I know the law provides penalties if I make false statements or withhold facts to receive benefits; my answers are true and correct. I declare under penalty of perjury that I am a U.S. citizen or national; or an alien in satisfactory immigration status and permitted to work by USCIS. I signed this form after the latest date for which I am claiming benefits

X _____
(your signature is required)

DE 4581-CKOC Rev. 6 (2-09) FLASH    CU-PA862

---

VERIFY THE AUTHENTICITY OF THIS TRI-COLOR SECURITY DOCUMENT    THIS IS A WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY

SOCAL AUTHORIZATION CENTER   U017991
PO BOX 19007
SAN BERNARDINO CA 92423-9007

2566   09-25-10   828
DATE ISSUED

PERIOD ENDING   U09710524
90-1342
1211

05-03-09 A8   09-29-10
EMPLOYMENT DEVELOPMENT DEPARTMENT
VOID IF OVER $950, OR IF NOT CASHED WITHIN 1 YEAR FROM DATE ISSUED



PAY ONLY → NINE THREE ZERO CTS CTS

**STATE OF CALIFORNIA**
BILL LOCKYER, TREASURER

PAY TO THE ORDER OF:   **NINE HUNDRED THIRTY DOLLARS**********************

$930.00**



JOSEPH DE LEON
4640 ELIZABETH ST
CUDAHY  CA  90201

_signature_
CHIEF DEPUTY DIRECTOR
UNEMPLOYMENT INSURANCE ACCOUNT

⑈0828⑈ ⑆121113423⑆ 097105248⑈

THE BACK OF THIS DOCUMENT CONTAINS A SECURITY MARK.   HOLD AT AN ANGLE TO VIEW

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Joseph De Leon in pro per

**DEFENDANTS**
Jose Acero (individual), Alan Jacobs (individual) and Los Angeles County Sheriffs Department

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Joseph De Leon
4640 Elizabeth Street
Cudahy, California 90201

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $150,003.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. section 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☒ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                         CIVIL COVER SHEET                         Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　 ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　 ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　 ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County California | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County California | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_    Date 10/4/10

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Joseph De Leon
4640 Elizaeth Street
Cudahy, California 90201

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Joseph De Leon | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV10-7397 PA (AJW) |
| v. | |
| Jose Acero(individual), Alan Jacobs(individual), Los Angeles County Sheriffs Department | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): Jose Acero(individual), Alan Jacobs(individual) and Los Angeles County Sheriffs dep

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Joseph De Leon _____, whose address is 4640 Elizabeth Street Cudahy, California 90201 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __10-4-10__    By: __CHRIS SAWYER__ (SEAL)
                          Deputy Clerk

                          *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                          SUMMONS