NO FEE DUE
GOV'T CODE § 6103

1 ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
2 JOSEPH A. LANGTON, Senior Deputy County Counsel
(SBN 188761) • jlangton@counsel.lacounty.gov
3 648 Kenneth Hahn Hall of Administration
500 West Temple Street
4 Los Angeles, California 90012-2713
Telephone: (213) 974-0812 · Fax: (213) 626-2105
5
Attorneys for Defendants
6 LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, ALAN JACOBS, and
JOSE ACERO
7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| 11 | JOSEPH DE LEON, | CASE NO. CV 10-7397 PA (AJW) |
|---|---|---|
| 12 | Plaintiff, | **DEFENDANTS' NOTICE OF INTERESTED PARTIES** |
| 13 | v. | Action Filed: October 4, 2010 |
| 14 | JOSE ACERO (individual), ALAN JACOBS (individual), LOS ANGELES | Trial Date: TBD |
| 15 | COUNTY SHERIFF'S DEPARTMENT, | |
| 16 | Defendants. | |
| 17 | | |

18

19 **TO ALL PARTIES AND TO THIS HONORABLE COURT:**

20        The undersigned, counsel for Defendants LOS ANGELES COUNTY

21 SHERIFF'S DEPARTMENT, ALAN JACOBS, and JOSE ACERO, certify that the

22 following listed parties have a direct, pecuniary interest in the outcome of this case.

23 These representations are made to enable the court to evaluate possible

24 disqualification or recusal.

25        1.    Joseph De Leon                                     Plaintiff

26        2.    County of Los Angeles

27        3.    Los Angeles County Sheriff's Department    Defendant

28        4.    Alan Jacobs                                          Defendant

HOA.744361.1

CV 10-7397 PA (AJW)

1     5.     Jose Acero                          Defendant

2

3    DATED: November 2, 2010           Respectfully submitted,

4                                      ANDREA SHERIDAN ORDIN
5                                      County Counsel

6

7
                                       By _____/S/_____
8                                          JOSEPH A. LANGTON
9                                          Senior Deputy County Counsel

10                                     Attorneys for Defendants LOS ANGELES
                                       COUNTY SHERIFF'S DEPARTMENT,
11                                     ALLEN JACOBS, and JOSE ACERO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOA.744361.1                                          CV 10-7397 PA (AJW)
                                  -2-

1

**PROOF OF SERVICE**
Case No. CV 10-7397 PA (AJW)

2

STATE OF CALIFORNIA, County of Los Angeles:

3

4

Tina Lopez  states:  I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action.  My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713

5

That on November 2, 2010 I served the attached

6

# DEFENDANTS' NOTICE OF INTERESTED PARTIES

7

upon Interested Party(ies) by placing  ☐  the original  ☒  a true copy thereof enclosed in a sealed envelope addressed

8

☒  as follows  ☐  as stated on the attached service list:

9

**Joseph De Leon**                                                              **In Pro Per**

10

**4640 Elizabeth St.**

11

**Cudahy, CA  90201**

12

☒    **By United States mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

13

(1)  ☐    deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

14

15

(2)  ☒    placed the envelope for collection and mailing, following ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

16

17

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California:

18

19

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

20

Executed on November 2, 2010, at Los Angeles, California.

21

22

23

_____                    _____
          Tina Lopez                                              /S/ Tina Lopez
    **(NAME OF DECLARANT)**                          **(SIGNATURE OF DECLARANT)**

24

25

26

27

28

HOA.744361.1