1  ANDREA SHERIDAN ORDIN, County Counsel
   ROGER H. GRANBO, Assistant County Counsel
2  JOSEPH A. LANGTON, Senior Deputy County Counsel
   (SBN 188761) • *jlangton@counsel.lacounty.gov*
3  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
4  Los Angeles, California 90012-2713
   Telephone: (213) 974-0812 · Fax: (213) 626-2105
5
   Attorneys for Defendants
6  LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, ALAN JACOBS, and
   JOSE ACERO
7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| 11 | JOSEPH DE LEON, | CASE NO. CV 10-7397 PA (AJW) |
|---|---|---|
| 12 | Plaintiff, | **DEFENDANT COUNTY OF LOS ANGELES', ET AL STATUS REPORT** |
| 13 | v. | |
| 14 | JOSE ACERO (individual), ALAN JACOBS (individual), LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, | Action Filed:  October 4, 2010<br>Trial Date:    TBD |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

18

19 **TO ALL PARTIES AND TO THIS HONORABLE COURT:**

20      The undersigned, counsel for Defendants LOS ANGELES COUNTY

21 SHERIFF'S DEPARTMENT, ALAN JACOBS, and JOSE ACERO herby advises

22 the Court of the following:

23      Pursuant to a December 29, 2010 and January 3, 2011 telephone conference

24 with pro-se plaintiff, Joseph De Leon, the above-captioned matter is settled.  Mr. De

25 Leon represented that he will file forthwith a Notice of Dismissal Pursuant to

26 Federal Rules of Civil Procedure 41(a) or (c).

27 ///

28

DEFENDANT COUNTY OF LOS             -1-                    CV 10-7397 PA (AJW)
ANGELES', ET AL STATUS REPORT

| | |
|---|---|
| DATED: January 3, 2011 | Respectfully submitted,<br><br>ANDREA SHERIDAN ORDIN<br>County Counsel<br><br>By   /S/<br>JOSEPH A. LANGTON<br>Senior Deputy County Counsel<br><br>Attorneys for Defendants LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, ALLEN JACOBS, and JOSE ACERO |

DEFENDANT COUNTY OF LOS ANGELES', ET AL STATUS REPORT         -2-                                CV 10-7397 PA (AJW)

**PROOF OF SERVICE**
Case No. CV 10-7397 PA (AJW)

STATE OF CALIFORNIA, County of Los Angeles:

Luz Aracely Loza states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713

That on January 3, 2011, I served the attached

**DEFENDANT COUNTY OF LOS ANGELES', ET AL STATUS REPORT**

upon Interested Party(ies) by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached service list:

**Joseph De Leon**                                        **Pro Per**
**4640 Elizabeth St.**
**Cudahy, CA 90201**

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on January 3, 2011, at Los Angeles, California.

_____Luz Aracely Loza_____          _[signature]_
**(NAME OF DECLARANT)**                   **(SIGNATURE OF DECLARANT)**

HOA.752657.1