NO FEE DUE
GOV'T CODE 6103

ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JOSEPH A. LANGTON, Principal Deputy County Counsel
(SBN 188761) • *jlangton@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0812  Fax: (213) 626-2105

Attorneys for LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT, ALAN
JACOBS, and JOSE ACERO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH DE LEON,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE ACERO (individual), ALAN JACOBS (individual), LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants. | CASE NO. CV10-7397 PA (AJW)<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, that the Complaint of plaintiff Joseph De Leon, is hereby dismissed in its entirety, with prejudice, as to all defendants, including but not limited to, Jose Acero (individual) Alan Jacobs, (individual) and the County of Los Angeles (sued as the Los Angeles County Sheriff's Department) with each party to bear his/its own costs and attorneys fees.

HOA.760675.1

It is further stipulated that this document may be executed in counterparts and that the Stipulation of Dismissal filed with the United States District Court shall constitute the original.

IT IS SO STIPULATED.

Dated: January 18, 2011          JOSEPH DE LEON, *in pro se*

By _/s/ Joseph De Leon_
JOSEPH DE LEON, *in pro se*

DATED: January 18, 2011          ANDREA SHERIDAN ORDIN
County Counsel

By _/s/_
JOSEPH A. LANGTON
Principal Deputy County Counsel

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

HOA.760675.1                      -2-

**PROOF OF SERVICE**
Case No. CV 10-7397 PA (AJW)

STATE OF CALIFORNIA, County of Los Angeles:

Tina Lopez states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713

That on January 18, 2011, I served the attached

**STIPULATION FOR DISMISSAL**

upon Interested Party(ies) by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached service list:

**Joseph De Leon**                                   **Pro Per**
**4640 Elizabeth St.**
**Cudahy, CA  90201**

☒    **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on January 18, 2011, at Los Angeles, California.

_____Tina Lopez_____                        _____/s/ Tina Lopez_____
**(NAME OF DECLARANT)**                         **(SIGNATURE OF DECLARANT)**

HOA.752657.1